## William George Hettich et al., Appellants, v. Rosella Hettich Albert et al., Appellees.

'Gen. No. 43,086.

opinion filed October 23, 1944; released for publication November 6, 1944. Lloyd C. Whitman, for certain appellants; Daniel A. Covelli, Guardian ad Litem of Arthur F. Albert, Jr., *pro se* and Richard F. Shay, Statutory Trustee, *pro se;* Harry A. Biossat, for certain appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.